IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Rodney David Young, ) | C/A No.: 1:12-3009-TMC-SVH |
| ) | |
| vs. ) | ORDER |
| ) | |
| Christopher Griffin, Tammy Hamilton, ) | |
| Dr. Mary Hammond, and Lt. D. Sisco, ) | |
| ) | |
| Defendants. ) | |

Plaintiff, proceeding pro se and in forma pauperis, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Defendants Christopher Griffin, Tammy Hamilton, and D. Sisco ("Defendants") filed a motion for summary judgment on June 3, 2013. [Entry #62]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975) on June 4, 2013, advising him of the importance of the motion for summary judgment and of the need for him to file an adequate response. [Entry #65]. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted.

On July 8, 2013, Plaintiff filed a letter seeking confirmation that the court had received his response to Defendants' motion for summary judgment. [Entry #72]. The court has not received any response from Plaintiff to Defendants' motion. Plaintiff is directed to file a response to Defendants' motion for summary judgment by August 9, 2013. Plaintiff is advised that if he fails to file a response to the arguments in Defendants' motion for summary judgment, the undersigned will recommended that the motion be

granted.

    IT IS SO ORDERED.

*Shiva V. Hodges*

July 9, 2013                                                 Shiva V. Hodges  
Columbia, South Carolina                   United States Magistrate Judge